```
                          United States Bankruptcy Court
                             District of Connecticut

In re:                                                     Case No. 19-20614-jjt
      Margaret Valentin                                    Chapter 13
      Bienvenido Morales
             Debtors
                              CERTIFICATE OF NOTICE
District/off: 0205-2          User: ktassmer              Page 1 of 2                    Date Rcvd: Apr 18, 2019
                              Form ID: 309I               Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 20, 2019.
db/db          +Margaret Valentin,    Bienvenido Morales,    70 Huber Street,    New Britain, CT 06053-1442
tr             +Roberta Napolitano,    10 Columbus Boulevard,    6th Floor,    Hartford, CT 06106-1976
9036959         Amex/DSM,    Attn: President / Manager,    PO Box 5218,    Mason, OH 45040
9036962         Best Buy/CBNA,    Attn: President / Manager,    PO Box 6497,    Sioux Falls, SD 57117-6497
9036980        ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM,
                 450 COLUMBUS BLVD STE 1,    HARTFORD CT 06103-1837
                (address filed with court: State of Connecticut - DRS,      Attn: President / Manager,
                 Collections Unit - Bankruptcy,    450 Columbus Blvd., Ste. 1,     Hartford, CT 06103-1837)
9036965        +Citi Cards,    Attn: President / Manager,    PO Box 9001037,    Louisville, KY 40290-1037
9036966        +Connecticut Commission on Human Rights &,     Opportunities,    450 Columbus Blvd,    Suite 2,
                 Hartford, CT 06103-1837
9036970        +Griffith & Kelly, LLC,    Attn: President/Manager,    66 Cedar Street,    Newington, CT 06111-2655
9036971         Home Depot,    Attn: President / Manager,    PO Box 9001010,    Louisville, KY 40290-1010
9036973        +LendingClub Corporation,    Attn: President / Manager,    595 Market Street, Ste. 200,
                 San Francisco, CA 94105-2807
9036975         Mohela,    Attn: President / Manager,    633 Spirit Drive,    Chesterfield, MO 63005-1243
9036976        +Namco,    Attn: President/Manager,    1000 MacArthur BV,    Mahwah, NJ 07430-2035
9036979         Safe Home Security Inc.,    Attn: President / Manager,    8278 Innovation Way,
                 Chicago, IL 60682-0082
9036982         TD BANK USA/Target Credit,    Attn: President / Manager,    PO Box 1470,
                 Minneapolis, MN 55440-1470
9036984         Webster Bank Cardmember Servic,    Attn: President / Manager,    PO Box 790408,
                 Saint Louis, MO 63179-0408
9036985         Webster Bank, NA,    Attn: President / Manager,    PO Box 1809,    Hartford, CT 06144-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: neilcranecourt@neilcranelaw.com Apr 18 2019 18:36:48      Neil Crane,
                 Law Offices of Neil Crane, LLC,    2679 Whitney Avenue,    Hamden, CT  06518
ust            +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Apr 18 2019 18:37:11      U. S. Trustee,
                 Office of the U.S. Trustee,    Giaimo Federal Building,    150 Court Street, Room 302,
                 New Haven, CT 06510-2022
9036957         E-mail/Text: caroline.a@aefcu.com Apr 18 2019 18:36:53      American Eagle FCU,
                 Attn: President / Manager,    417 Main Street,    PO Box 280128,    East Hartford, CT 06128-0128
9036958         EDI: AMEREXPR.COM Apr 18 2019 22:38:00      American Express,    Attn: President / Manager,
                 PO Box 1270,    Newark, NJ 07101-1270
9036960         EDI: BANKAMER.COM Apr 18 2019 22:38:00      Bank of America,    Attn: President / Manager,
                 PO Box 15019,    Wilmington, DE 19886-5019
9036961         EDI: TSYS2.COM Apr 18 2019 22:38:00      Barclay Card,    Attn: President / Manager,
                 PO Box 13337,    Philadelphia, PA 19101-3337
9036963         EDI: RMSC.COM Apr 18 2019 22:38:00      Care Credit,    Attn: President / Manager,
                 PO Box 960061,    Orlando, FL 32896-0061
9036964        +EDI: CHASE.COM Apr 18 2019 22:38:00      Chase Card,    Attn: President / Manager,    PO Box 15298,
                 Wilmington, DE 19850-5298
9036969         EDI: CITICORP.COM Apr 18 2019 22:38:00      Goodyear/CBNA,    Attn: President/Manager,
                 P.O. Box 6497,    Sioux Falls, SD 57117-6497
9036972         EDI: RMSC.COM Apr 18 2019 22:38:00      JC Penney,    Attn: President / Manager,    PO Box 960090,
                 Orlando, FL 32896-0090
9036974         EDI: RMSC.COM Apr 18 2019 22:38:00      Lowe's,    Attn: President / Manager,    PO Box 530914,
                 Atlanta, GA 30353-0914
9036977        +E-mail/Text: tmadden@nutmegstatefcu.org Apr 18 2019 18:37:03      Nutmeg State FCU,
                 Attn: President / Manager,    521 Cromwell Avenue,    P.O. Box 66,    Rocky Hill, CT 06067-0066
9036978         EDI: RMSC.COM Apr 18 2019 22:38:00      PC Richard & Son/Synchrony,    Attn: President / Manager,
                 PO Box 960061,    Orlando, FL 32896-0061
9036981         EDI: WTRRNBANK.COM Apr 18 2019 22:38:00      Target National Bank,    Attn: President / Manager,
                 PO Box 660170,    Dallas, TX 75266-0170
9036968         EDI: USBANKARS.COM Apr 18 2019 22:38:00      Elan Financial Services,
                 Attn: President / Manager,    PO Box 108,    Saint Louis, MO 63166
9036983        +EDI: RMSC.COM Apr 18 2019 22:38:00      Walmart/Synchrony Bank,    Attn: President / Manager,
                 PO Box 707601,    Orlando, FL 32896-0001
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9036967        ##+Connecticut Fair Housing Center,    Attn: President/Manager,    60 Popieluszko Court,
                 Hartford, CT 06106-5112
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0205-2          User: ktassmer             Page 2 of 2                   Date Rcvd: Apr 18, 2019
                              Form ID: 309I              Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 17, 2019 at the address(es) listed below:
```
              Neil   Crane    on behalf of Debtor Margaret   Valentin neilcranecourt@neilcranelaw.com,
               neilcranecourt@gmail.com
              Neil   Crane    on behalf of Debtor Bienvenido   Morales neilcranecourt@neilcranelaw.com,
               neilcranecourt@gmail.com
              Roberta   Napolitano    notices@ch13rn.com,  rnapolitano13@ecf.epiqsystems.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                              TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Margaret Valentin** | Social Security number or ITIN  xxx–xx–6712 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Bienvenido Morales** | Social Security number or ITIN  xxx–xx–6496 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Connecticut** | | Date case filed for chapter  **13**  **4/17/19** |
| Case number:  **19–20614 jjt** | | |

Official Form 309I

**Notice of Chapter 13 Bankruptcy Case**                                                                                                                                               12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Margaret Valentin | Bienvenido Morales |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 70 Huber Street<br>New Britain, CT 06053 | 70 Huber Street<br>New Britain, CT 06053 |
| 4. | **Debtor's attorney**<br>Name and address | Neil Crane<br>Law Offices of Neil Crane, LLC<br>2679 Whitney Avenue<br>Hamden, CT 06518 | Contact phone (203) 230–2233 |
| 5. | **Bankruptcy trustee**<br>Name and address | Roberta Napolitano<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106 | Contact phone (860)278–9410 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 450 Main Street<br>7th Floor<br>Hartford, CT 06103 | **Hours Open:** 9:00 a.m. – 4:00 p.m. Monday – Friday<br>**Contact phone:** 860–240–3675<br>**VCIS:** Toll Free 1–866–222–8029<br>**Date:** 4/18/19 |

Debtor **Margaret Valentin** and **Bienvenido Morales**                                      Case number **19–20614 jjt**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Special notice to debtor(s): Failure of the debtor to attend the above scheduled meeting of creditors may result in the dismissal of your case without further notice.** | **Location:**<br>**450 Main Street, Room 742, Hartford, CT 06103** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/5/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/26/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** Governmental agencies who wish to file a proof of claim should do so within 180 days from the date the Order for Relief was entered. |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |