# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 2, 2019

In re:

Margaret Valentin

Bienvenido Morales
Debtor*

Case Number: 19–20614 jjt
Chapter: 13

## NOTICE OF CHAPTER 13 PLAN CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that a Confirmation Hearing on the Debtor's Chapter 13 Plan, <u>and any amended or modified plan filed before confirmation in accordance with 11 U.S.C. § 1323</u>, will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **August 1, 2019** at **10:00 AM** to consider and act upon the following matter(s):

> **Chapter 13 Plan Filed by Neil Crane on behalf of Bienvenido Morales, Margaret Valentin, Debtors. (Re: Doc #11)**

**OBJECTION(S) DUE:** July 25, 2019 before 4:00 p.m.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: May 2, 2019

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112