UNITED STATES BANKRUPTCY
COURT DISTRICT OF CONNECTICUT

In re:

**Margaret Valentin and
Bienvenido Morales**

                     Debtors.

Julissa Cortes,

                     Movant,

          -v-

Margaret Valentin,

                   Respondent.

Chapter 13

Case No.: 19-20614 (JJT)

RE: ECF No. 18

## ORDER GRANTING JULISSA CORTES RELIEF FROM STAY

     Pursuant to 11 U.S.C. §§ 362(d)(1), Julissa Cortes (the "Movant"), filed a Motion for Relief from Stay dated June 13, 2019 (the "Motion", ECF No. 18). After notice and a hearing, see 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

     ORDERED: The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) to permit the Movant, Julissa Cortes to complete discovery and proceed to trial solely in order to liquidate Movant's claim against Debtors in the case captioned *Commission on Human Rights and Opportunities, ex rel. Julissa Cortes v. Margaret Valentin*, Docket No. HFH-CV18-6008324-S, Superior Court, Hartford Housing Session; and it is further

     ORDERED: Enforcement of any judgment, including any equitable relief granted by the Superior Court, shall remain stayed by 11 U.S.C. § 362(a); and it is further

ORDERED: that the 14 day stay of Fed.R.Bankr.P. 4001(a)(3) is not applicable and the Movant may immediately enforce and implement this Order.

Dated at Hartford, Connecticut this 24th day of July, 2019.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut