# United States Bankruptcy Court
# District of Connecticut



In re:

    Margaret Valentin

    Bienvenido Morales

Debtor *

Case Number: 19-20614

Chapter: 13

## ORDER DENYING CONFIRMATION OF ORIGINAL CHAPTER 13 PLAN WITH LEAVE TO AMEND

A hearing on confirmation of the above-named Debtor's Original Chapter 13 Plan (the "Plan", ECF No. 11), was held on August 1, 2019. At the confirmation hearing, it was determined that the Plan could not be confirmed. Accordingly, it is hereby

**ORDERED**: Confirmation of the Plan is **DENIED**; and it is further

**ORDERED**: The Debtor is granted leave to amend the Plan and shall file the First Amended Chapter 13 Plan on or before October 30, 2019; and it is further

**ORDERED**: If on or before October 30, 2019, the Debtor fails to file the First Amended Chapter 13 Plan or fails to obtain an extension of time to file the First Amended Chapter 13 Plan, the Debtor's Chapter 13 case shall be dismissed.

BY THE COURT

Dated: August 1, 2019

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.